

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2014

No. 04-14-00354-CV

Luz **CHAVEZ**, Individually, and as Representative of the Estates of Rudolph Chavez, Sr. (Deceased) and Rudolph Chavez, Jr. (Deceased), and as Next Friend of Joel Chavez, a minor; Darlene Chavez; Allen Chavez; Francisco Chavez; and Celia Chavez, Appellants

v.

**KANSAS CITY SOUTHERN RAILWAY CO**. and Jose Juarez, Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2007-CVE-000347-D4
Honorable Oscar J Hale, Jr., Judge Presiding

# O R D E R

Appellees' Objections to and Motion to Strike Documents Submitted with Appellants' Brief are CARRIED WITH THIS APPEAL.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court